UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE  GREENBELT, MARYLAND  20770
  301-344-0632

# MEMORANDUM

TO:  Scott M. Trager, Esquire
  Semmes Bowen and Semmes PC
  25 S. Charles St. Ste. 1400
  Baltimore, MD 21201

  Peter Yoh Tingem, Jr.
  6425 Orchard Ave.
  Takoma Park, MD 20912

  Clara Wee-Kuo Tingem
  6227 Springhill Ct. Apt. 305
  Greenbelt, MD 20770

  Cheryl Charmaine Mendoza, as Parent and Next Friend of J.C.M.-T., a Minor
  1319 Gabes Pl.
  Hyattsville, MD 20785

FROM:  Judge Peter J. Messitte

RE:  *Life Insurance Company of the Southwest v. Tingem, et al.*
  Civil Case No. PJM 16-2853

DATE:  September 15, 2016

****

This case relates to insurance proceeds following the death of Peter Yoh Tingem. The proceeds have now been deposited into Court per the Court's Order of today.

It appears that there is a possible dispute as to who is entitled to these funds. The Court therefore directs each Defendant to file a statement regarding his or her claim to any part of these funds within fifteen (15) days of this letter, so that an appropriate distribution can be made and/or a hearing can be held.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

  /s/
  PETER J. MESSITTE
  UNITED STATES DISTRICT JUDGE

cc:  Court File